UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

In re:    BRIAN K. SMELTZER                               Case No. 11-50061
         CARLA J. SMELTZER                               Chapter 13

_____

SHARON A. SHANHOLTZ-FLICK

              Movant

v.                                                                                  Motion No. _____

BRIAN K. SMELTZER, et. al.

              Respondents

ORDER CONFIRMING TERMINATION OF AUTOMATIC STAY

Entered at Harrisonburg, in said District this 19th day of April, 2011:

The 6th day of April, 2011, appeared the parties, by their respective counsel for hearing on the Movant's Motion for Entry of Order Confirming Termination of the Automatic Stay in this case.

Upon consideration whereof, there being no opposition thereto, it is

ORDERED

and confirmed that the automatic stay provided in 11 USC § 362 was terminated in this case on February 19, 2011, and Movant is entitled to exercise all rights related to enforcement of her Note and Deed of Trust that are the subject of this Motion. It is

FURTHER ORDERED

that upon entry hereof, the Trustee will immediately cease making any payments on the Movant's secured claim which were required by the plan. Any amended unsecured claim for deficiency (which claim must include documents proving that she has liquidated her collateral and applied the proceeds of sale in accordance with applicable state law) must be filed by the Movant within 120 days from the date of entry hereof, or such claim against the bankruptcy estate shall be forever barred.

The Clerk is directed to strike this matter from the active docket and certify copies of this order to counsel for the parties and the case trustee.

Enter:    *Ross W. Krumm*
        Ross W. Krumm, Chief Judge
        U.S. Bankruptcy Court

I Ask For This:


  /s/   Roy V. Wolfe, III
Roy V. Wolfe, III, Esquire
Virginia State Bar No. 26106
Counsel for Movant


Seen:


William L. Stables, Jr., Esquire
Virginia State Bar No. _____
Counsel for Debtors


Seen:

   /s/   Herbert L. Beskin
Herbert L. Beskin, Trustee